NO. 07-05-0181-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 23, 2005

______________________________

MELVYN L. ASKEW, 

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 364
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2004-407,193; HON. BRADLEY S. UNDERWOOD, PRESIDING

_______________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Melvin L. Askew (appellant) appeals the denial of his motion to suppress.  We dismiss for want of jurisdiction.

The record fails to reflect that 1) a final judgment has been entered in this cause, or 2) sentence has been pronounced in open court.  Indeed, according to the docketing statement executed by appellant, he disclosed that the appeal is interlocutory.  Simply put, we do not have jurisdiction over an interlocutory order denying a motion to suppress evidence.  
McKown v. State, 
915 S.W.2d 160, 161 (Tex. App.
–
Fort Worth 1996, no pet.).

Accordingly, we dismiss the appeal for want of jurisdiction. 
 

Brian Quinn

Chief Justice

Do not publish.